UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ADRIAN FOWLER and,<br>KITIA HARRIS, | Case No. 4:17-cv-11441 |
|            Plaintiffs,<br>v. | Hon. Linda V. Parker<br>Magistrate Mona K. Majzoub |
| JOCELYN BENSON, in her official<br>capacity as Secretary of State of<br>the Michigan Department of State,<br><br>           Defendant. | |

_____/

| | |
|---|---|
| Phil Telfeyan<br>Equal Justice Under Law<br>Attorney for Plaintiffs<br>400 7th Street, Ste. 602<br>Washington, DC  20004<br>(202) 505-2058<br>ptelfeyan@equaljusticeunderlaw.org | Erik A. Grill (P64713)<br>Assistant Attorney General<br>Attorney for Defendant<br>P.O. Box 30736<br>Lansing, Michigan  48909<br>517.335.7659<br>grille@michigan.gov |
| John C. Philo (P52721)<br>Maurice & Jane Sugar Law Center for<br>Economic & Social Justice<br>4605 Cass Avenue<br>Detroit, MI 48201<br>(313) 993-4505<br>jphilo@sugarlaw.org | |

_____/

## STIPULATED ORDER OF DISMISSAL

The Court, having acknowledged the stipulation of the parties pursuant to a separately-entered Settlement Agreement, being otherwise fully apprised of the premises:

**IT IS ORDERED** that the above captioned case is DISMISSED with prejudice and without costs, interest, or attorney fees to any party. The Court retains jurisdiction for a period of ninety days from the date of this order to enforce all terms of the parties' settlement agreement.

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: February 24, 2020

The parties, through their respective counsel, stipulate to the entry of the above order.

| /s/ *Phil Telfeyan* | /s/ *Erik A. Grill* |
|---|---|
| Phil Telfeyan | Erik A. Grill (P64713) |